IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 24-MJ-6105 |
| DALTON LEE MATTUS, | ) |
| Defendant. | ) |

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

Petitioner, the United States of America, by Gregory K. Harris, United States Attorney, and Ronald L. Hanna, Assistant United States Attorney, respectfully represents to this Honorable Court that **Dalton Lee Mattus, Detainee ID 992**, defendant herein, is now confined in the Tazewell County Jail in the custody of the Sheriff, and that a hearing in the above-entitled cause has been set for **May 30, 2024 at 10:00 a.m.** in this Court.

**WHEREFORE**, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum be directed to the Sheriff of the Tazewell County Jail and/or the United States Marshal for the Central District of Illinois, respectively, commanding the production of said **Dalton Lee Mattus, Detainee ID 992,** before this Court at the Federal Building and U.S. Courthouse, 100 NE Monroe St, Peoria, IL 61602, on **May 30, 2024 at 10:00 a.m.** and from day to day hereafter as may be necessary, and at the termination of

1

the proceedings against the defendant to return him to the custody of the Tazewell County Jail.

                UNITED STATES OF AMERICA

                GREGORY K. HARRIS
                UNITED STATES ATTORNEY

                /s/Ronald L. Hanna
                *Assistant United States Attorney*
                *Office of the United States Attorney*
                *211 Fulton Street*
                *Suite 400*
                *Peoria, IL 61705*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 24-MJ-6105 |
| ) | |
| DALTON LEE MATTUS, ) | |
| ) | |
| Defendant. ) | |

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

This matter coming on to be heard on the Petition of the Government, and it appearing to the Court that **Dalton Lee Mattus, Detainee ID 992**, is presently incarcerated in the Tazewell County Jail, it further appearing that **Dalton Lee Mattus, Detainee ID 992**, was named as defendant in the above-entitled cause and his appearance is necessary in connection with these proceedings on **May 30, 2024 at 10:00 a.m.**

**IT IS THEREFORE ORDERED** that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Sheriff of Tazewell County Jail, and/or the United States Marshal for the Central District of Illinois, produce the said **Dalton Lee Mattus, Detainee ID 992,** on **May 30, 2024 at 10:00 a.m.** in the Federal Building at 100 NE Monroe St, Peoria, IL 61602**,** in connection with this cause and then and there to present the defendant before the Court and from day to day thereafter as may be necessary.

ENTERED this _____ day of May 2024.


_____
**JONATHAN E. HAWLEY**
UNITED STATES MAGISTRATE JUDGE
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 24-MJ-6105 |
| DALTON LEE MATTUS, | ) ) ) |
| Defendant. | ) |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:   THE SHERIFF OF TAZEWELL COUNTY JAIL AND TO ANY
      UNITED STATES MARSHAL:
                    **G R E E T I N G S:**

WE COMMAND that you produce and deliver the body of **Dalton Lee Mattus, Detainee ID 992**, now in your custody in the Tazewell County Jail before the Honorable Jonathan E. Hawley, United States Magistrate Judge, Federal Building and United States Courthouse, 100 NE Monroe St, Peoria, IL 61602, **May 30, 2024 at 10:00 a.m.** in order that **Dalton Lee Mattus, Detainee ID 992,** may be present for purposes of a hearing in the above-entitled cause and after said hearing and the disposition of said matters that you return **Dalton Lee Mattus, Detainee ID 992,** under safe and secure conduct to the custody of the Tazewell County Jail, and then and there to present the defendant before the Court from day to day thereafter as may be necessary.

DATE: _____          _____
                                 **SHIG YASUNAGA**, Clerk
                                 United States District Court
                                 Central District of Illinois